**COEUR D'ALENE TRIBE OF IDAHO, in its own right and as the beneficially interested party subject to the trusteeship of the United States of America; Ernest L. Stensgar; Lawrence Aripa; Margaret Jose; Domnick Curley; Al Garrick; Norma Peone; Henry Sijohn, individually, in their official capacity and on behalf of all enrolled members of the Coeur D'Alene Tribe Of Idaho, Plaintiffs–Appellants,**

v.

**STATE OF IDAHO; Cecil D. Andrus, Governor; Pete Cenarrusa, Secretary of State; Larry Echohawk, Attorney General; J.D. Williams, Auditor; Jerry Evans, Superintendent of Public Instruction; Keith Higginson, Director, Dep't of Water Resources, each individually and in his official capacity; Idaho State Board of Land Commissioners; Idaho State Department of Water Resources, Defendants–Appellees.**

No. 92–36703.

United States Court of Appeals,
Ninth Circuit.

Aug. 1, 1997.

D.C. No. CV–91–437–HLR.

Before: WRIGHT, REAVLEY,* and LEAVY, Circuit Judges.

In accordance with the judgment of the United States Supreme Court in *Idaho v. Coeur D'Alene Tribe,* —— U.S. ——, 117 S.Ct. 2028, 138 L.Ed.2d 438 (1997), reversing and remanding our prior decision published at 42 F.3d 1244 (9th Cir.1994), this case is REMANDED to the district court for further proceedings not inconsistent with the Supreme Court's opinion.

---

* Honorable Thomas M. Reavley, Senior Judge for the United States Court of Appeals for the Fifth    Circuit, sitting by designation.